```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  COLLEEN R. VILLARREAL
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-432-KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | INFORMATION AND ORDER |
| ) | |
| v.  ) | |
| ) | |
| NICHOLAS W. D'ANNA, ) | |
| ) | DATE: November 19, 2009 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///

1

```
 1  Order dismissing the information filed in the above-entitled
 2  matter.
 3  DATED: November 18, 2009          BENJAMIN B. WAGNER
                                      United States Attorney
 4
 5                               By:  Kyle Reardon for:
                                      MATTHEW C. STEGMAN
 6                                    Assistant U.S. Attorney
 7
                                      ORDER
 8
 9  IT IS SO ORDERED:
10  DATED: November 18, 2009
```

_[signature]_
U.S. MAGISTRATE JUDGE

2